Lottie E. SMITH and Lawrence E. Brown, Special Adm'r of Estate of Joseph N. Smith, Deceased, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY and Douglas R. Smith.

No. 6625.

Circuit Court of Appeals, Sixth Circuit.
Nov. 16, 1933.

---

[1] No opinion filed.

Oxtoby, Robison & Hull, of Detroit, Mich., for appellants.

Ernest P. LaJoie, of Detroit, Mich., for appellees.

PER CURIAM.

Docketed and dismissed, pursuant to stipulation.